No. 962, Misc. RHOADS *v.* WASHINGTON. Supreme Court of Washington. Certiorari denied.

No. 965, Misc. DAWKINS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 17. HUMPHREY ET AL. *v.* MOORE ET AL.; and
No. 18. GENERAL DRIVERS, WAREHOUSEMEN & HELPERS, LOCAL UNION No. 89, *v.* MOORE ET AL., 375 U. S. 335;
No. 560. LANZA ET AL. *v.* NEW JERSEY, 375 U. S. 451;
No. 601. STICKLER *v.* OHIO, 375 U. S. 438;
No. 632. HARRIS *v.* NORFOLK SOUTHERN RAILWAY, 375 U. S. 985;
No. 647. CLARK *v.* WASHINGTON STATE BAR ASSOCIATION, 375 U. S. 986; and
No. 623, Misc. BYRD *v.* UNITED STATES, 375 U. S. 988. Petitions for rehearing denied.

No. 377, Misc. PAIGE *v.* UNITED STATES, 375 U. S. 864. Motion for leave to file petition for rehearing denied.

MARCH 2, 1964.

No. 36. UNITED STATES *v.* FIRST NATIONAL BANK & TRUST CO. OF LEXINGTON ET AL. Appeal from the United States District Court for the Eastern District of Kentucky. (Probable jurisdiction noted, 374 U. S. 824.) The motion of appellees to remand is denied. *Robert M. Odear, Gladney Harville, Rufus Lisle* and *Clinton M. Harbison* on the motion. *Solicitor General Cox* for the United States.